**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**JS-6**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 26-10571-JFW(ACCVx)** Date: October 27, 2026

Title: C.O.-*v*- Target Corporation, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS): ORDER DISMISSING ACTION WITHOUT PREJUDICE**

As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of October 2, 2026, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for November 9, 2026, is **VACATED**. See Fed. R. Civ. P. 41(b); see also Yourish v. California Amplifier, 191 F.3d 983, 986-88 (9th Cir. 1999); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk jloz